UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 23-01704-SVW (AS) | Date | December 13, 2023 |
|---|---|---|---|
| Title | *Orion Milium v. John Merchant, Acting Warden* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**      **Order To Show Cause**

On August 20, 2023, Petitioner, who is represented by counsel, filed a Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), pursuant to 28 U.S.C. § 2254. (Dkt. No. 1).  On November 6, 2023, Respondent Jon Merchant filed a Motion to Dismiss the Petition, and lodged supporting documents, contending that the petition should be dismissed as untimely. (Dkt. Nos. 8-9).  The Court's September 5, 2023 Order directed Petitioner to file an opposition to any motion to dismiss, or statement of non-opposition, no later than thirty days after service of the motion.  (Dkt. No. 6 at 3).

To date, Petitioner has failed to file an Opposition to the Motion to Dismiss or request an extension of time to do so.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE within **twenty-one (21) days** of the date of this Order (by no later than **January 3, 2024**), why this action should not be dismissed with prejudice for failure to prosecute and/or for failure to comply with Court orders. Petitioner may discharge this Order by filing an Opposition to the Motion to Dismiss, or by filing a declaration under penalty of perjury stating why he is unable to do so.

**If Petitioner no longer wishes to pursue this action, he may request a voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a).  <u>A Notice of Dismissal form is attached for Petitioner's convenience.</u>**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 23-01704-SVW (AS) | Date | December 13, 2023 |
|---|---|---|---|
| Title | *Orion Milium v. John Merchant, Acting Warden* | | |

**Petitioner is warned that the failure to timely file a response to this Order <u>may</u> result in a recommendation that this action be dismissed with prejudice for his failure to prosecute and/or obey court orders. <u>See</u> Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**

0 : 00

Initials of Preparer