1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

10

11

ORION MILUM,

Case No. EDCV 23-1704-SVW(AS)

12

Petitioner,

**ORDER ACCEPTING FINDINGS,**

13

v.

**CONCLUSIONS AND**

14

JOHN MERCHANT, Acting Warden,

**RECOMMENDATIONS OF UNITED**

15

**STATES MAGISTRTE JUDGE**

16

Respondent.

17

18     Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19   Petition, all of the records herein and the attached Report and

20   Recommendation of United States Magistrate Judge to which no

21   objections were filed. Accordingly, the Court concurs with and

22   accepts the findings and conclusions of the Magistrate Judge.

23

24     **IT IS ORDERED** that Judgment be entered denying the Petition

25   and dismissing this action with prejudice.

26

27     **IT IS FURTHER ORDERED** that the Clerk serve copies of this

28   Order, the Magistrate Judge's Report and Recommendation and the

Judgment herein on counsel for Petitioner and counsel for Respondent.

     **LET JUDGMENT BE ENTERED ACCORDINGLY**

DATED: September 4, 2024

_____
    STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE