JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| ORION MILUM,<br><br>                    Petitioner,<br><br>        v.<br><br>JOHN MERCHANT, Acting Warden,<br><br>                    Respondent. | Case No. EDCV 23-1704-SVW(AS)<br><br>**JUDGMENT** |

        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

        **IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: September 4, 2024

_____
        STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE